KASSIANI PITASSI *v.* ARIADNA LEONARD ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 32488) is denied.

*Genevieve P. Salvatore,* in support of the petition.

*Harold F. Bernstein,* in opposition.

Decided November 10, 2010

## LUCIS RICHARDSON *v.* COMMISSIONER OF CORRECTION

The petitioner Lucis Richardson's petition for certification for appeal from the Appellate Court, 123 Conn. App. 301 (AC 30447), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Lawrence S. Dressler,* special public defender, in support of the petition.

*Melissa Patterson,* deputy assistant state's attorney, in opposition.

Decided November 16, 2010